SHANNON S. PIERCE
Nevada State Bar No. 12471
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Tel: (775) 788-2200 / Fax: (775) 786-1177
Email: spierce@fennemorelaw.com

Jen Cornell (pro hac vice pending)
California State Bar No. 320529
GBG, LLP
601 Montgomery Street, Suite 840
San Francisco, CA 94111
Tel: (415) 603-5000 Fax: (415) 840-7210
Email: jencornell@gbgllp.com

*Attorney for Figure Lending LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALBERT VILLANUEVA, on behalf of himself and all other similarly situated individuals;<br><br>Plaintiff,<br><br>v.<br><br>FIGURE LENDING LLC, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:24-cv-00177<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA UNDER 28 U.S.C. § 1331 AND § 1441**<br><br>(SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, WASHOE COUNTY, CASE NO. CV24-00635) |

**TO:   THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331 and 1441, Defendant Figure Lending LLC ("Figure" or "Defendant") hereby invokes this Court's subject-matter jurisdiction and removes the state court action described herein from the Second Judicial District Court of the State of Nevada in and for the County of Washoe to the United States District Court for the District of Nevada.

Removal to this Court is proper for the following reasons:

1.   **Service of Pleadings**:

   a.   <u>Summons and Complaint</u>.  On or about March 20, 2024, Plaintiff filed, in the

Second Judicial District Court in and for the State of Nevada, County of Washoe, the civil action entitled *Albert Villanueva v. Figure Lending LLC, et al.*, Case No. CV24-00635 (the "State Court Action"). On or about March 28, 2024, Plaintiff served the summons and complaint in the State Court Action on Defendant via Defendant's agreement to accept service of process via counsel. Copies of the Summons and Complaint are attached hereto as **Exhibit 1**.

      b.    <u>Additional Pleadings</u>: No other process, pleadings, or orders have been served on the Defendant in the State Court Action.

2.    **Removal is Timely**: Defendant has not pled, answered, or otherwise appeared in the State Court Action. Defendant files this Notice of Removal within thirty (30) days after service of the initial pleading setting forth the claims for relief upon which Plaintiff's State Court Action is based. This Notice of Removal is therefore timely filed pursuant to 28 U.S.C. § 1446(b)(1).

3.    **Federal Question Jurisdiction**: This is a civil action over which this Court has original and supplemental jurisdiction under 28 U.S.C. §§ 1331, 1367, and 1441(a). In his Complaint, Plaintiff asserts two causes of action: for unpaid overtime under the federal Fair Labor Standards Act (29 U.S.C. §207), and for unpaid overtime and waiting time penalties under Nevada state law (NRS Chapter 608). As Plaintiff's first cause of action asserts a federal question, this Court has original jurisdiction over such claims pursuant to 28 U.S.C. § 1331. Any additional claims, including Plaintiff's second cause of action under Nevada state law, is subject to this Court's supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

4.    **Proper Venue and Forum**: This Court is a proper venue and forum for removal pursuant to 28 U.S.C. § 1441(a) because Plaintiff filed the State Court Action in the Second Judicial District Court of the State of Nevada, in and for Washoe County.

5.    **Notice to State Court**: In accordance with 28 U.S.C. § 1446(d), the undersigned certifies that concurrently with the filing of this Notice, copies of this Notice are being served on Plaintiff and filed with the Clerk of the Court in the Second Judicial District Court of the State of Nevada, in and for Washoe County.

6. **Rule 11 Certification**: This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure as required by 28 U.S.C. § 1446(a).

7. **No Waiver**: Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of Defendant's right to assert any defense or affirmative matter including, but not limited to, the defenses of Plaintiff having failed to state a cognizable legal claim, or any other procedural or substantive defense available to Defendant.

WHEREFORE, Defendant Figure Lending LLC removes the action pending in the Second Judicial District Court of Nevada, in and for the County of Washoe, as Case No. CV24-00635 to the United States District Court for the District of Nevada.

Dated: April 19, 2024

**FENNEMORE CRAIG, P.C.**

*/s/ Shannon S. Pierce*
SHANNON S. PIERCE (SBN 12741)
7800 Rancharrah Parkway
Reno, Nevada 89511
Tel: (775) 788-2200
Fax: (775) 786-1177

Jen Cornell (pro hac vice pending)
California State Bar No. 320529
GBG, LLP
601 Montgomery Street, Suite 840
San Francisco, CA 94111
Tel: (415) 603-5000 Fax: (415) 840-7210
Email: jencornell@gbgllp.com

*Attorneys for Figure Lending LLC*

## **INDEX OF EXHIBITS**

| Exhibit No. | Description |
|:---:|:---:|
| 1 | Summons and Complaint |

46093120.1/068471.0001

## CERTIFICATE OF SERVICE

I certify that I am an employee of FENNEMORE CRAIG, P.C., and that on this date, pursuant to FRCP 5(b), I am serving a true and correct copy of the attached NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA UNDER 28 U.S.C. § 1331 AND § 1441 on the parties set forth below by:

__XX__   Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices

_____   Certified Mail, Return Receipt Requested

_____   Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand Delivered

_____   Federal Express

__XX__   E-service via CM/ECF

addressed as follows:

Joshua D. Buck, Esq.
Leah L. Jones, Esq.
Thierman Buck
325 W. Liberty Street
Reno, Nevada 89501
josh@thiermanbuck.com
leah@thiermanbuck.com

*Attorneys for Plaintiff*

DATED this 19th day of April, 2024.

　　　　　　　　　　　*/s/ Linda S. Bailey*
　　　　　　　　　　An employee of FENNEMORE CRAIG, P.C.

46093120.1/068471.0001

5

# **INDEX OF EXHIBITS**

| **Exhibit No.** | **Description** |
|---|---|
| 1 | Summons and Complaint |

46093120.1/068471.0001